1998R02103

|  |  | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Criminal No. 98-537(DRD) |
| GUILLERMO RAMIREZ | : | <u>ORDER FOR DISMISSAL</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, Ralph J. Marra, Jr., the Acting United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 98-537, against defendant Guillermo Ramirez, which Indictment was filed on September 4, 1998, charging the defendant with a violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I), for the reason that further prosecution of this defendant at this time is not in the best interests of the United States.

This dismissal is without prejudice.

_/s/ Ralph J. Marra, Jr._
RALPH J. MARRA, JR.
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_/s/ Dickinson R. Debevoise_
HON. DICKINSON R. DEBEVOISE
United States District Judge

Dated: May 4, 2009